UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KAREN BYRD FAIR,

    Plaintiff,

v.                                                         Case No. 6:19-cv-328-Orl-37LRH

U.S. SMALL BUSINESS
ADMINISTRATION; U.S. ATTORNEY
GENERAL; and U.S. ATTORNEY,

    Defendants.

## ORDER

Before the Court is Defendants U.S. Attorney General and U.S. Attorney's Motion to Dismiss Plaintiff's Complaint. (Doc. 14.) In response, Plaintiff filed an Amended Complaint, with leave, terminating those Defendants. (Doc. 24.) This filing renders Defendants' motion to dismiss moot, so it is denied.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants U.S. Attorney General and U.S. Attorney's Motion to Dismiss Plaintiff's Complaint (Doc. 14) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 25, 2019.



ROY B. DALTON JR.
United States District Judge

-1-

Copies to:
Counsel of Record
*Pro se* party